Matthew J. Kemner, No. 188124
Troy M. Yoshino, No. 197850
Chad A. Stegeman, No. 225745
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:       415.989.5900
Facsimile:        415.989.0932
Email:              mkemner@cbmlaw.com
                        tyoshino@cbmlaw.com
                        cstegeman@cbmlaw.com

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI AVEDISIAN aka ANI ACEVEDO, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and Does 1 to 10<br><br>Defendants. | No. CV-12-0936 –DMG (CWx)<br><br>***NOTE CHANGES MADE BY THE COURT***<br><br>**PROTECTIVE ORDER TO PRESERVE THE SUBJECT VEHICLE**<br><br>Date:           July 30, 2013<br>Time:           10:00 a.m.<br>Courtroom:   640<br>Judge:          Hon. Carla Woehrle<br><br>Complaint Filed: Feb. 2, 2012<br>Discovery cut-off:       None<br>Pre-trial conference:   None<br>Trial date:                   None |

CBM-MERCEDES\SF592068

**[PROPOSED] PROTECTIVE ORDER FOR PRESERVATION OF SUBJECT VEHICLE—CASE NO. CV-12-0936-DMG (CWx)**

# ORDER

IT IS HEREBY ORDERED:

For good cause shown, plaintiff Ani Avedisian ("plaintiff") and her agents, employees, attorneys, consultants, and /or representatives are hereby prohibited for a period of six months, from destroying, disabling, tampering with, modifying, altering, selling or otherwise disposing of plaintiff's 2006 Mercedes-Benz CLS500 vehicle (the "Subject Vehicle"), the central focus of this litigation, including any parts or components that have been removed from the Subject Vehicle and that are in the possession, custody, or control of plaintiff or her agents, employees, attorneys, consultants and/or representatives.

Nothing in this Order shall be construed to require plaintiff to refrain from using the Subject Vehicle for its ordinary use. Plaintiff is permitted to perform ordinary maintenance and any necessary repairs that may be required to the Subject Vehicle and unrelated to the defect alleged in plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 30, 2013

*/s/ Carla M. Woehrle*
The Hon. Carla Woehrle
Magistrate Judge, U.S. District Court