| | |
|---|---|
| 1 | Troy M. Yoshino, Bar No. 197850 |
|   |   tyoshino@cbmlaw.com |
| 2 | Matthew J. Kemner, Bar No. 188124 |
|   |   mkemner@cbmlaw.com |
| 3 | Eric J. Knapp, Bar No. 214352 |
|   |   eknapp@cbmlaw.com |
| 4 | **CARROLL, BURDICK & McDONOUGH LLP** |
|   | Attorneys at Law |
| 5 | 44 Montgomery Street, Suite 400 |
|   | San Francisco, California 94104 |
| 6 | Telephone: 415.989.5900 |
|   | Facsimile:  415.989.0932 |

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI AVEDISIAN aka ANI ACEVEDO, individually, and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and Does 1 to 10,<br><br>    Defendant. | Case No. 12-cv-0936-DMG-CW<br><br>**MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**FILED CONCURRENTLY WITH**<br>**(1) MEMORANDUM OF POINTS AND AUTHORITIES**<br>**(2) STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br>**(3) DECLARATION OF TROY M. YOSHINO**<br>**(4) [PROPOSED] JUDGMENT**<br><br>JUDGE:    HON. DOLLY GEE<br>DATE:    SEPTEMBER 5, 2014<br>TIME:    2:00 P.M.<br>COURTROOM:    7<br><br>Complaint Filed:    Feb. 2, 2012<br>Discovery Cut-Off:    Aug. 8, 2014<br>Pretrial Conference:    Nov. 18, 2014<br>Trial Date:    Dec. 9, 2014 |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on September 5, 2014, at 2:00 p.m. or as soon thereafter as counsel may be heard, before the Honorable Dolly M. Gee in Courtroom 7, located at 255 East Temple Street, Los Angeles, CA, defendant Mercedes-Benz USA, LLC ("MBUSA") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, for judgment dismissing plaintiff Ani Avedisian's Second Amended Complaint in its entirety. This motion is made on the grounds that plaintiff's remaining claims (i.e., UCL, CLRA, fraud, and breach of implied warranty) all fail because the undisputed facts demonstrate that there is no plausible safety-related defect in plaintiff's vehicle; the vehicle is for its ordinary use and has provided safe and reliable transportation for several years and tens of thousands of miles, and for long after the statutorily-prescribed duration of the implied warranty expired; and plaintiff never revieww any materials published by MBUSA's prior to or at the time of purchasing her vehicle and thus could not have relied on any alleged omission, as a matter of law.

This motion is made after conference of counsel pursuant to Local Rule 7.3 on June 10, 2014, wherein the parties were unable to resolve the issues presented by this motion.

This motion is made based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently herewith; the Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith; the supporting declaration of Troy M. Yoshino and exhibits thereto filed concurrently herewith; the pleadings and papers on file; and upon such other matters as may be presented to the Court at the time of hearing.

CARROLL, BURDICK & McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF630907

Case No. 12-cv-0936-DMG-CW

MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 1 | Dated: July 7, 2014 | CARROLL, BURDICK & McDONOUGH LLP |

By   */s/ Troy M. Yoshino*
Troy M. Yoshino
Attorneys for Defendant
MERCEDES-BENZ USA, LLC

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-MERCEDES\SF630907    -2-    Case No. 12-cv-0936-DMG-CW
MERCEDES-BENZ USA, LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT