UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-936-DMG (CWx) | Date | September 5, 2014 |
|---|---|---|---|
| Title | Ani Avedisian v. Mercedes-Benz, USA, LLC, et al. | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen Harris | Eric J. Knapp |

**Proceedings:**   Defendant's Motion for Summary Judgment [129]

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.

: 09