JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI AVEDISIAN aka ANI ACEVEDO, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC<br><br>Defendant. | Case No. CV 12-0936 DMG (CWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendant's Motion for Summary Judgment, filed on September 5, 2014,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Mercedes-Benz USA, LLC, and against Plaintiff Ani Avedisian.

DATED: September 5, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-